**COMMONWEALTH of Pennsylvania and Philadelphia Municipal Court, Respondents.**

No. 100 EM 2009.

Supreme Court of Pennsylvania.

Aug. 19, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 19th day of August, 2009, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642

A.2d 453, 462 (1994) (hybrid representation improper). The Prothonotary is directed to forward these filings to counsel of record. *See* MC–51–CR–0052025–2007.

**William R. BOYD, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, et al., Appellees.**

Supreme Court of Pennsylvania.

Aug. 19, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 19th day of August, 2009, the above captioned appeal is quashed for failure to file a brief.